United States district court
district of New Mexico

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

APR 1 4 2026

MITCHELL R. ELFERS
CLERK

Case: Bourdon et. AL vs.
City of Espanola, Dennis Tim Salazar et. AL
City of Santa fe, Micheal J. Garcia et. AL

Case # 1:25-cv-01270

Judge assigned: K.K

Motion to supplement the record

April 14, 2026
Andy Bourdon et. AL
Laura Porter et. AL
P.O. BOX 665
Espanola, NM
       87532

Andy Bourdon
Laura Porter
4-14-26

Motion to Supplement the Record

1.) Exhibit A: Attached copy of the death threat the email communication containing the threats as an exhibit to this motion Exhibit B: Certified mail return copy notice of federal litigation by the city of Espanola, Exhibit C: Certified mail return copy notice of federal litigation by the city of Santa Fe, evidence the 2 municipal defendant cities are on notice of continuing constitutional civil rights violations by named federal defendants.

2.) Personal Capacity: Plaintiffs are suing John Ramon Vigil and Mizel Garcia personally, They remain defendants regardless of their employment status, The documented post-office conduct is being used as evidence of "Intent" or "Malice" regarding the earlier actions "false felony 911 calls leading to swat deployment / emails sent to our children's teacher refer to amended complaint" taken while John Ramon Vigil was Mayor and Mizel Garcia was appointed City Manager and Chief of Police

3.) To the Federal Court (in plaintiffs Motion to Supplement): Plaintiff's Andy Bourdon and Laura Porter, Appearing Pro Se, respectfully moves this court to supplement the record pursuant to FRCP 15(d), Since the filing of the initial complaint and motion to supplement, Defendant John Ramon Vigil and Mizel Garcia have engaged in further retaliatory conduct, specifically issuing graphic detailed death threats against plaintiff's and plaintiffs minor children on 4/12/2025 at 1:28 pm, see attached copy labeled Exhibit A: Email from John Ramon Vigil. Although Vigil no longer holds the office of mayor, these threats are a direct continuation of the created retaliatory policy and custom of misconduct and "Intimidating Atmosphere" in the original complaint, These new developments are material to plaintiffs claims of ongoing retaliation and are necessary to ensure the accountability of both the individual defendant's of the Espanola municipal entity under Monell, ensuring it specifically links the post-term actions of John Ramon Vigil and Mizel Garcia, to the pre existing custom they ratified while in office, This creates the "Causal Link" required by federal law.

4.) This development is critical to our case because it demonstrates a continuing pattern of conduct and helps establish the "Policy and Custom" of harassment and retaliation, by Espanola city leadership as required under Monell v. Department of Social Services, Furthermore, these actions occurred during the transition period to the administration of Mayor Dennis Tim Salazar, and continuing 10 days into this administration, Highlighting Espanola city's failure to supervise or restrain the outgoing official former mayor, John Ramon Vigil and Mizel Garcia, Plaintiffs requests this court admit the attached Exhibit A, B, C as evidence of these ongoing tortious acts against Pro Se Plaintiffs seeking accountability from government officials and officers acting Under Color of Law from the municipal cities of Espanola and Santa Fe NM.

5.) To Espanola Mayor Dennis Tim Salazar: Plaintiff's are formally notifying the City of Espanola and City Council, a second time, of ongoing retaliatory conduct and Continued death threats targeting a Native American family with disability's, Made by former Mayor John Ramon Vigil and Former Chief of police / appointed city manager Mizel Garcia, As Espanola City itself is a named federal defendant in case number 1:25-CV-01270, Under Monell liability, this motion serves to inform the current administration of these actions so that the appropriate measures can be taken to prevent further liability from constitutional violations of established rights and ensure public safety, as well as, the lives of the pro se plaintiffs and 5 minor

children who are living in fear for our safety and well being from the true death threats, being made in retaliation for our first amendment right to petition the government for redress.

6.) Plaintiffs are continuing to document these action's of official policy and custom of retaliation and death threats against a pro se plaintiff, with the NM Federal Court and along with NM State Police Officer Orona 505-425-6771, at "Julio.Orona@dps.nm.gov", and with our children's elementary school administration staff.

7.) Identifying the "Moving Force" (Policymaker Action): Final policymaker: Former Mayor John Ramon Vigil and former chief of police appointed city manager Mizel Garcia, acted with final authority in setting the policy of retaliation and death threats, targeting the pro se plaintiffs, in the 10th circuit, a policy can be established by a single decision by a municipal official with final policy making authority. The policy / custom: The retaliatory actions (continued death threats and all other forms of retaliation documented in our Amended Complaint) are so permanent and well-settled that they constitute a "custom" with the force of law. The policy is the retaliatory action taken against a pro se plaintiff for filing a federal lawsuit, which violates First Amendment Rights.

8.) Establishing "Widespread Practice" (Continuing / repeated Violation): Evidence of Continuance: By documenting that the death threats and retaliation began in February 22, 2022. and continued through into the transition period of Dennis Tim Salazar's entire month of march was previously submitted before this filing Motion to supplement the record, culminating in daily death threats until 4 hours before the new administration (Dennis Tim Salazar) was inaugurated. Ongoing Nature: Plaintiff's are emphasizing that the threats did not end when John Ramon Vigil and Mizel Garcia left office, showing it became a part of the municipality's culture of John Ramon Vigils term in office.

7.) Equal Protection Violation (Targeting Vulnerable Populations): Espanola's continued policy or custom of retaliation, is now actively targeting "Minor Native American Children with Disabilities. The Issue: This constitutes a direct violation of the equal protection clause of the fourteenth amendment, as it targets a specific class of people "The Bourdon Family a Native American Family", Based on race, age, and disability status, This is a higher tier of constitutional violations, Triggering "Strict Scrutiny" in federal court, Plaintiffs are requesting Espanola Entity to apply the same standard as federal law to stop former Mayor John Ramon Vigil and Mizel Garcia from targeting federal pro se plaintiffs seeking accountability, triggering the equal protection clause and the Americans with disabilities Act (ADA), Incorporated by reference, Evidence of violations please Refer to Motion to supplement the record, Wednesday April 1, 2026 File number 9.

8.) Applying Inaction to a Federal Defendant: Actual / Constructive Notice: Plaintiffs filed a formal notice of federal litigation to Mayor Dennis Tim Salazar, proving Espanola's 3rd administration has detailed knowledge of the documented retaliation and harassment of a NM federal pro se plaintiff, being targeted with death threats and ongoing retaliation by Deliberate Indifference: By failing to act, Salazar's administration is at risk of adopting the "Policy of Inaction" and allowing the "Custom of retaliation and death threats" created by John Ramon Vigil to continue as evidence of a Moving Force: The city of Espanola, By its Failure of addressing known misconduct, to stop actions by former policy makers John Ramon Vigil, Mizel Garcia, is the reason the violations of established laws and death threats continue without fear of accountability or consequences.

9.) The city of Espanola can still be liable for retaliation and continued death threats, if it is part of a documented "widespread practice" so permanent it has the force of law actions by a Final Policymaker Action: The Harm was set in motion by John Ramon Vigil and Mizel Garcia while they had final authority, and the city failed to stop the "moving force" of that policy is now our evidence of a Failure to Intervene: new administration (Dennis Tim Salazar) has now been notified of ongoing harm and shows deliberate indifference, by doing nothing to stop john ramon vigil and mizel garcia from targeting federal plaintiffs, a failure to intervene will reinforce our monell claim against the entity if it fails to stop the ongoing policy / custom of retaliation and death threats targeting federal plaintiffs who are actively seeking accountability from the City of Espanola itself.

10.) Accountability from the City as an Entity: Focusing on inaction by the city's failure to investigate complaints of death threats / False Felony 911 calls leading to swatting events, is a policy or custom of acquiescence, Under Waller v. city and city of Denver to argue that the "Custom" of retaliation is as binding on the city as formal policy, by showing a widespread, well-settled custom of failing to investigate complaints, which acts as policy, our evidence of failure to investigate, Mayor Dennis Tim Salazar is the 3rd administration violations have continued under, Death threats or ongoing acts of retaliation / harassment have now continued into Salazar's administration.

11.) The City of Santa Fe has not attempted any other of acts retaliation / harassment to date.

Prayer for Relief

Plaintiff's, respectfully requests that this court: Grant leave to Supplement the Record in both filings, Wednesday April 1, 2026 File number 9, and this motion that is before the court to add new ongoing evidence of municipal liability, including evidence of continuing violations of retaliation and death threats for filing a federal lawsuit, to prove the ongoing nature of the city of Espanola custom of our facts demonstrate that the illegal custom and policy of retaliation established in February 22, 2022. Remains the "Moving Force" of the Pro Se Plaintiffs injury's, despite the multiple change's in leadership, incorporated by reference refer to Amended complaint filed on Tuesday March 10 2026 file number 7.

Respectfully Submitted,

*Andy Bandu*

*Laura Porter*

4-14-26



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

yor M.J. GARCIA
CITY OF SANTA Fe
NM
Box 909
NTA Fe. NM 87504

9590 9402 9846 5266 8131 47

2. Article Number (Transfer from service label)

9589 0710 5270 1159 1351 45

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3·30·26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AYOr DENNIS T. SALAZAR
CITY OF ESP. NM
405. N. PASeo de Onate
ESPANOla. NM
87532

9590 9402 9846 5266 8131 30

2. Article Number (Transfer from service label)

9589 0710 5270 1159 1351 52

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3·27·26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JESUS Torres

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Delivery Restricted Delivery
☐ ail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt